

**U.S. Department of Justice**

United States Attorney

District of Colorado

| | |
|---|---|
| 1801 California Street<br>Suite 1600<br>Denver, CO   80202 | Telephone:  (303) 454-0100<br>Fax:          (303) 454-0400 |

Oct 4, 2024

Dakota Price
Trial Counsel
U.S. Army, Office of the Staff Judge Advocate
1633 Mekong Street, Building 6222
Fort Carson, CO   80913

*FILED*
*UNITED STATES DISTRICT COURT*
*DENVER, COLORADO*
*3:23 pm, Nov 01, 2024*
*JEFFREY P. COLWELL, CLERK*

Dear CPT Price:

Pursuant to 28 U.S.C. §543 and a request from your office, effective October 4, 2024, you are hereby appointed as a Special Assistant United States Attorney for the District of Colorado subject to the following conditions:

1. You will work on criminal cases at Fort Carson.

2. This appointment is indefinite but may be terminated at any time without cause.

3. The appointee will report to and act under the directions of Criminal Chief JD Rowell with regard to any matter handled.

4. You understand and agree to serve without compensation other than that which you are now receiving under your existing appointment.

5. You understand and agree that if you require access to restricted information involving a matter other than that to which you have been appointed, you shall request authorization from the United States Attorney. Further, you understand that the limitations of your access to the United States Attorney's Office is determined by the United States Attorney in that office.

6. This appointment may be terminated at any time without cause or notice.

7. You must execute and return to the Human Resources Staff within 14 days the enclosed Appointment Affidavit (Oath of Office, taken on or after the effective appointment date), and a signed copy of this letter.  You may not represent or work on cases on behalf of the Department of Justice until after the Oath of Office is executed.  Your signature in the space provided below acknowledges your agreement to the terms and conditions of this appointment.

Sincerely,


Digitally signed by MATTHEW KIRSCH
Date: 2024.10.07 08:35:52 -06'00'

Matthew T. Kirsch
Acting United States Attorney

The foregoing terms and conditions are hereby agreed to and accepted:

PRICE.DAKOTA.GRAYSON.1470043357
Digitally signed by PRICE.DAKOTA.GRAYSON.1470043357
Date: 2024.10.11 15:39:15 -06'00'

Dakota Grayson Price

Date: Oct 11, 2024

Enclosures

a)　Appointment Affidavit / Oath of Office (SF-61)